**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)      Case Number **08−03018−PB7**

| UNITED STATES BANKRUPTCY COURT |
|---|
| Southern District of California |

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/15/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ryan J. Branco<br>1372 Nicolette Ave., #1631<br>Chula Vista, CA 91913 | Lilia G. Branco<br>aka Lilia G. Aguilar Hernandez<br>1372 Nicolette Ave., #1631<br>Chula Vista, CA 91913 |
| Case Number:<br>08−03018−PB7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−7383<br>xxx−xx−6367 |
| Attorney for Debtor(s) (name and address):<br>Lawrence R. Fieselman<br>Pacific Law Center<br>4225 Executive Square, Ste. 1550<br>La Jolla, CA 92037<br>Telephone number: (888) 789−0123 | Bankruptcy Trustee (name and address):<br>Leslie T. Gladstone<br>5580 La Jolla Boulevard, #613<br>La Jolla, CA 92037−7651<br>Telephone number: 858−454−9887 |

### Meeting of Creditors
Date: **May 15, 2008**         Time: **02:15 PM**
Location: **Office of the U.S. Trustee, 402 W. Broadway (use C St. entrance), Suite 630, San Diego, CA 92101**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 7/14/08**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101−6991<br>Telephone number: 619−557−5620<br>Website: www.casb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 4/15/08 |

# EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of California | Case Number<br>08−03018−PB7 |

### NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above−referenced case on 4/15/08, the following person is named Interim Trustee of the estate of the debtor:

Leslie T. Gladstone
5580 La Jolla Boulevard, #613
La Jolla, CA 92037−7651

### TRUSTEE REQUIREMENTS

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

Debtors are to provide the Trustee with written documentation supporting income earnings as set forth in Schedule I of the debtor's case within 15 days of the filing of the case. If documents are not provided, the Trustee may move for dismissal of the case without further notice to the Debtor or creditors. Alternatively, the Trustee may seek an extension of time to file to move for dismissal if the Trustee is investigating assets of the estate, without further notice to the Debtor or creditors.

**Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances.** The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/pdf/guidelines.pdf

### DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to Interim Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules, statements or other documents required by Interim Rules of Bankruptcy Procedure 1007 and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or creditors.

### NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate within 45 days after the first date set for the meeting of creditors under §341.

### BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 402 West Broadway, Suite 600, San Diego, CA 92101 and/or by calling 619−557−5013.

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Dated:  4/15/08                                       Southern District of California

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0974-3            User: nrobinson               Page 1 of 1                  Date Rcvd: Apr 15, 2008
Case: 08-03018                  Form ID: b9a                  Total Served: 28

The following entities were served by first class mail on Apr 17, 2008.
db          +Ryan J. Branco,    1372 Nicolette Ave., #1631,    Chula Vista, CA 91913-4986
jdb         +Lilia G. Branco,    1372 Nicolette Ave., #1631,    Chula Vista, CA 91913-4986
aty         +Lawrence R. Fieselman,    Pacific Law Center,    4225 Executive Square, Ste. 1550,
              La Jolla, CA 92037-1469
tr           Leslie T. Gladstone,    5580 La Jolla Boulevard, #613,    La Jolla, CA 92037-7651
smg         +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
              San Diego, CA 92108-4424
smg         +Dun & Bradstreet,    Attn: Public Records, Maryanne Bachert,    899 Eaton Ave.,
              Bethlehem, PA 18025-0025
smg         +Employment Develop. Dept., State of CA,    Bankruptcy Unit - MIC 92E,    P.O. Box 826880,
              Sacramento, CA 94280-0001
smg         +State Board of Equalization,    P.O. Box 942879,    Sacramento, CA 94279-0001
11442006    +Armando Ibarra,    371 E Street,    Chula Vista, CA 91910-2615
11442008    +CBNA,    1000 Technology Dr.,    O Fallon, MO 63368-2239
11442010    +EDFNCL/ASLA,    123 Center Park Dr.,    Knoxville, TN 37922-2166
11442011    +Home Coming Funding,    2711 N. Haskell Ave,    Dallas, TX 75204-2911
11442012    +INDYMAC Bank,    1 International City Parkway,    Kalamazoo, MI 49009-8003
11442014    +Nissan Infiniti,    2901 Kinwest Pkwy,    Irving, TX 75063-3134
11442015    +Progressive Management Systems,    1521 West Cameron Avenue #F,    West Covina, CA 91790-2738
11442016    +Rise Chiropractic,    5030 Bonita Road #B,    Bonita, CA 91902-1700
11442017     Scripps,    P.O. Box 51066,    Los Angeles, CA 90051-5366
11442018     Scripps Clinic,    P.O.Box 515079,    Los Angeles, CA 90051-5079
11442019    +Sharp,    File# 55484,    Los Angeles, CA 90074-0001
11442020    +US Department of Education,    501 Bleecker Street,    Utica, NY 13501-2401
11442021    +Washington Mutual,    8242 Clairemont Mesa Blvd.,    San Diego, CA 92111

The following entities were served by electronic transmission on Apr 16, 2008.
tr           EDI: QLTGLADSTONE.COM Apr 16 2008 01:39:00     Leslie T. Gladstone,
              5580 La Jolla Boulevard, #613,    La Jolla, CA  92037-7651
smg          EDI: CALTAX.COM Apr 16 2008 01:39:00      Franchise Tax Board,    Attn: Bankruptcy,
              P.O. Box 2952,    Sacramento, CA  95812-2952
smg          E-mail/PDF: ustp.region15@usdoj.gov Apr 16 2008 04:47:11     Office of the U.S. Trustee,
              402 West Broadway, Ste. 600,    San Diego, CA  92101-8511
ust          E-mail/PDF: ustp.region15@usdoj.gov Apr 16 2008 04:47:11     United States Trustee,
              Office of the U.S. Trustee,    402 West Broadway, Suite 600,    San Diego, CA  92101-8511
11442005    +EDI: AMEREXPR.COM Apr 16 2008 01:39:00     American Express,    P.O. Box 297871,
              Fort Lauderdale, FL 33329-7871
11442007    +EDI: CAPITALONE.COM Apr 16 2008 01:39:00     Capital One Bank,    Po Box 85520,
              Richmond, VA 23285-5520
11442009    +EDI: COUNTRYWIDE.COM Apr 16 2008 01:39:00     Countrywide Home Loans,    450 American Street,
              Simi Valley, CA 93065-6285
11442013     EDI: IRS.COM Apr 16 2008 01:39:00     Internal Revenue Service,    Insolvency Group 2,
              880 Front Street,    San Diego, CA 92101-8869
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 17, 2008**                    **Signature:**   _Joseph Speetjens_